IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG COUNTY,<br>a political subdivision of<br>the Commonwealth of Virginia,<br><br>   Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR.,<br>Attorney General of the<br>United States of America,<br><br>THOMAS E. PEREZ,<br>Assistant Attorney General,<br>Civil Rights Division,<br><br>   Defendants. | Case No. 1:12-cv-01179<br>BAH-MG-PLF<br>Three-Judge Court |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

Plaintiff Craig County, Virginia ("Craig County" or "the County") and Defendants Eric H. Holder, Jr., Attorney General of the United States and Thomas E. Perez, Assistant Attorney General, Civil Rights Division, through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree. As grounds for this motion, the parties would show the following:

1. The complaint in this action was filed on July 18, 2012, by Craig County, against the Attorney General and Assistant Attorney General, pursuant to Section 4(a) of the Voting Rights Act, 42 U.S.C. § 1973b(a). In this litigation, Craig County seeks to demonstrate that it meets the statutory requirements of Section 4(a), to allow for bailout from coverage under Section 4(b) of the Act, 42 U.S.C. § 1973b(b). A declaratory judgment granting bailout exempts the covered jurisdiction from the preclearance requirements of Section 5 of the Act, 42 U.S.C. §

1973c.

2. As required by Section 4(a)(9) of the Act, 42 U.S.C. § 1973b(a)(9), the Attorney General has conducted an independent investigation of Craig County to determine if it has satisfied the necessary requirements for a bailout under Section 4(a). As a result of that investigation, and also based on information provided to the Attorney General by the County, the Attorney General has determined that Craig County meets all of the requirements of Section 4(a) and has determined that the Attorney General would consent to a declaratory judgment granting bailout to the County under Section 4(a).

3. The parties have conferred concerning a resolution of this litigation and have agreed on the terms of the attached Consent Judgment and Decree, which if entered by this Court, will grant the requested bailout to Craig County.

4. The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought in this Court under Section 4 of the Voting Rights Act. *See, e.g., Grayson County v. Holder*, No. 12-718 (D.D.C. July 20, 2012)*; Wythe County v. Holder*, No. 12-719 (D.D.C. June 18, 2012); *City of Williamsburg v. Holder*, No. 11-1415 (D.D.C. Nov. 28, 2011); *James City County* v. *Holder*, No. 11-1425 (D.D.C. Nov. 9, 2011); *Culpeper County* v. *Holder*, No. 11-1477 (D.D.C. Oct. 3, 2011); *City of Bedford* v. *Holder*, No. 11-0473 (D.D.C., Aug. 31, 2011); *Bedford County* v. *Holder*, No. 11-0499 (D.D.C. Aug. 30, 2011); *Rappahannock County* v. *Holder*, No. 11-1123 (D.D.C. Aug. 9, 2011); *City of Manassas Park v. Holder*, No. 11-749 (D.D.C. Aug. 3, 2011); *Amherst County v. Mukasey*, No. 08-780 (D.D.C. Aug. 13, 2008); *Middlesex County v. Gonzales*, No. 07-1485 (D.D.C. Jan. 7, 2008).

5. The parties respectfully request that this Court delay entry of the enclosed Consent Judgment and Decree for 30 days after the filing of this Joint Motion, so that the County can publish notice of the proposed settlement.

For the reasons above and as set forth in the attached Consent Judgment and Decree, the parties respectfully request that this Joint Motion should be granted and the attached Consent Judgment and Decree entered.

Respectfully submitted,

*/s/ Phyllis C. Katz*
_____
JOHN G. BUTLER III (DCB # 460969)
SANDS ANDERSON, PC
P.O. Box 1998
Richmond, VA 23218
Phone: (804) 648-1636
Fax: (804) 783-7291
Email: jbutler@sandsanderson.com

PHYLLIS C. KATZ (VSB # 22259) (Pro hac vice)
SANDS ANDERSON, PC
P.O. Box 1998
Richmond, VA 23218
Phone: (804) 783-7287
Fax: (804) 783-7291
Email: pkatz@sandsanderson.com

*Counsel for Plaintiff*
*Craig County, Virginia*

Dated: October 26, 2012

Respectfully submitted,

RONALD C. MACHEN JR.      THOMAS E. PEREZ
United States Attorney      Assistant Attorney General
District of Columbia      Civil Rights Division

*/s/ Robert D. Popper*

_____
T. CHRISTIAN HERREN, JR.
ROBERT D. POPPER (NYB # 2357275)
JENNIFER L. MARANZANO
jennifer.maranzano@usdoj.gov
OLIMPIA E. MICHEL
olimpia.michel@usdoj.gov
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W.
Room 7254 - NWB
Washington, D.C.  20530
Telephone:  (202) 305-0185
Facsimile:  (202) 307-3961

*Counsel for Defendants*
*Eric H. Holder, Jr.,*
*Attorney General of the United States, and*
*Thomas E. Perez,*
*Assistant Attorney General, Civil Rights*
*Division*

Dated:  October 26, 2012